ELI TINKLEPAUGH, Respondent, *v.* CHESTER MILLER, Appellant.

(Argued February 1, 1888; decided February 28, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 2, 1885, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*A. V. S. Cochrane* for appellant.

*R. E. Andrews* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JOHN DEMAREST, Respondent, *v.* HENRY HEIDE, Appellant.

(Argued February 2, 1888; decided February 28, 1888.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made December 8, 1885, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Lewis Sanders* for appellant.

*William H. Sage* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.